```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF ALABAMA
                              SOUTHERN DIVISION
```

JERMESHIA M. DALE,                   :
                                     :
    Plaintiff,                       :
                                     :
vs.                                  :
                                     :      CIVIL ACTION 14-0227-M
CAROLYN W. COLVIN,                   :
Social Security Commissioner,        :
                                     :
    Defendant.                       :


## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Plaintiff Jermeshia M. Dale and against Defendant Carolyn W. Colvin.

DONE this 6th day of January, 2015.


                                                s/BERT W. MILLING, JR.
                                                UNITED STATES MAGISTRATE JUDGE