```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

JERMESHIA M. DALE,                  :
                                    :
    Plaintiff,                      :
                                    :
vs.                                 :     CIVIL ACTION 14-0227-M
                                    :
CAROLYN W. COLVIN,                  :
Commission of Social Security,      :
                                    :
    Defendant.                      :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff Jermeshia M. Dale and against Defendant Carolyn W. Colvin. It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA Attorney's fee in the amount of $3,991.89.

DONE this 13th day of April, 2015.

                                                      s/BERT W. MILLING, JR.
                                                      UNITED STATES MAGISTRATE JUDGE